IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AUSTIN PATRICK HAITOS, | :Civ. No. 1:24-CV-372 |
| Petitioner, | : |
| v. | : |
| | :(Chief Magistrate Judge Bloom) |
| MELISSA HAINSWORTH, et al., | : |
| Respondent. | : |

## ORDER

AND NOW, this 9th day of October 2025, for the reasons outlined in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the petition for a writ of habeas corpus in this case is DENIED, and that a certificate of appealability will not issue.

*S/ Daryl F. Bloom*
Daryl F. Bloom
United States Magistrate Judge